```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 06 B 14925
  GALDINO MARTINEZ
                                                  CHAPTER 13

                                                  JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-3747
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/14/06 and confirmed on 03/15/07.

    2.  The case was dismissed after confirmation, 11/02/2007.

    3.  The Debtor paid a total of $    3890.00 .

    4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| BY RITE FURNITURE & APPL | SECURED | 2528.00 | 141.68 | 200.33 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 11393.74 | 694.95 | 1539.14 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13874.09 | .00 | .00 |
| BP AMOCO | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1222.90 | .00 | .00 |
| FINGERHUT | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 754.81 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | MORTGAGE ARRE | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 485.20 | .00 | .00 |

         Summary of disbursements:
---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 13921.74 | .00 | 16337.00 | .00 | 30258.74 |
| PRINCIPAL PAID | 1739.47 | .00 | .00 | .00 | 1739.47 |
| INTEREST PAID | 836.63 | .00 | .00 | .00 | 836.63 |
| TOTAL PAID | 2576.10 | .00 | .00 | .00 | 2576.10 |

The Debtor's attorney, JOSEPH WROBEL ESQ             , was allowed $   3000.00
and was paid $    500.00   direct and $   1138.00  through the plan.

The Trustee received $    175.90 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 02/11/08                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                           PAGE  2
      CASE NO. 06 B 14925 GALDINO MARTINEZ
```